Herman Franck, Esq. (SB # 123476)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, CA 95814
Tel. (916) 447-8400; Fax (916) 447-0720

Attorney for Defendant
New China Buffet

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez,              ) | Case No. CIV.S 06-2492 LKK GGH |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | STIPULATION FOR ORDER |
|                             ) | CONTINUING SCHEDULING |
| v.                          ) | CONFERENCE; ORDER |
|                             ) | THEREON |
|                             ) | |
| Yat Yat Fat & Co., Inc dba  ) | Date: February 12, 2007 |
| New China Buffet,           ) | Time: 11:30 a.m. |
| China Town LLC              ) | Courtroom: 4 |
|                             ) | |
|         Defendants.         ) | |
|_____) | |

///

///

///

1
STIPULATION FOR ORDER CONTINUING SCHEDULING CONFERENCE; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

## I.
## NEED FOR CONTINUANCE

The reason for this needed continuance is that a scheduling problem caused defense counsel, Herman Franck Esq., to miss the due date for the status report in this matter. Defense counsel is presently in a 2 day administrative appeal proceeding, and cannot get to the project of preparing a proper scheduling conference statement.

## II.
## STIPULATION FOR ORDER

Plaintiff Tony Martinez by and through counsel agrees and stipulate that the court can issue an Order Continuing the February 12, 2007 Status Conference to March 5, 2007 at 3:30 pm in Courtroom 4.

SO STIPULATED:

_____/s/ Herman Franck_____      Dated: February 8, 2007
Herman Franck, Esq.
Attorney for Defendant
New China Buffet


_____/s/ Lynn Hubbard, III_____      Dated: February 8, 2007
Lynn Hubbard, III, Esq.
Attorney for Plaintiff
Tony Martinez


_____/s/ Christopher Schumb_____      Dated: February 8, 2007
Christopher Schumb, Esq.
Attorney for Defendant
China Town LLC

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER BASED ON STIPULATION:**

The Court accepts the forgoing stipulation of the parties, and hereby ORDERS that the status conference set for February 12, 2007 is hereby CONTINUED to March 5, 2007 at 3:30 pm in Courtroom 4.

SO ORDERED:

DATED: February 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3
STIPULATION FOR ORDER CONTINUING SCHEDULING CONFERENCE; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com