UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,

          Plaintiff,

    v.

YAT YAT FAT & CO., INC.
dba NEW CHINA BUFFET,
CHINA TOWN LLC,

          Defendants.

                              /

NO. CIV. S-06-2492 LKK/GGH

O R D E R

A status conference was set in the above-captioned case for March 5, 2007. Counsel for plaintiff Martinez and counsel for defendant Yat Yat Fat & Co. appeared but counsel for defendant Chinatown, LLC did not.

Accordingly, counsel for defendant Chinatown, LLC is hereby ORDERED TO SHOW CAUSE in writing by March 23, 2007 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110

////

1

1  for the failure to appear at the status conference.
2       IT IS SO ORDERED.
3       DATED: March 6, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2