UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,

                      NO. CIV. S-06-2492 LKK/GGH

    Plaintiff,

  v.                          O R D E R

YAT YAT FAT & CO., INC.
dba NEW CHINA BUFFET,
CHINA TOWN LLC,

    Defendants.
_____/

    On March 7, 2007, the court ordered counsel for defendant Chinatown to show cause by March 23, 2007 why sanctions should not issue for the failure to appear at the status conference. Counsel's response indicates that although he signed a stipulation requesting a continuation of the status conference, he had not yet appeared in the case when the court approved the stipulation. Accordingly, he was not served with the court's order continuing the conference.

////

////

1

1    Good cause shown, the order to show cause is hereby
2 DISCHARGED.
3    IT IS SO ORDERED.
4    DATED: March 26, 2007.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2