Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Yat Yat Fat & Co., Inc. dba New China Buffet, et al.,<br><br>　　　Defendants. | Case No. CIV.S 06-2492 LKK GGH<br><br>**Stipulation to Amend the Scheduling Order and Order Thereon**<br><br>Complaint Filed: November 9, 2006<br>Trial Date: December 2, 2008 |

　　　WHEREAS, the parties were served with the Status (Pre-trial Scheduling) Order (hereinafter "Scheduling Order) on March 8, 2007 in this matter;

　　　WHEREAS, the Scheduling Order provides that on or before January 4, 2008, each party shall comply with the disclosure provisions as set forth in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure (hereinafter "FRCP");

WHEREAS, the Scheduling Order provides that on or before February 2, 2008, each party shall comply with the supplemental disclosures regarding contradictory or rebuttal evidence under FRCP 26(a)(2)(C);

WHEREAS, the parties are currently engaged in settlement negotiations and wish to postpone disclosing experts in order to keep attorney fees and costs at a minimum. Therefore, the parties seek to extend the dates for disclosures under FRCP 26(a)(2)(A), (B), and (C) by thirty (30) days.

IT IS HEREBY STIPULATED AND AGREED by and among the parties that the Scheduling Order be amended as follows:

1. On or before February 4, 2008 each party shall comply with the disclosure provisions set forth in FRCP 26(a)(2)(A) and (B); and

2. On or before March 5, 2008 each party shall comply with the supplemental disclosure provisions set forth in FRCP 26(a)(2)(C).

Dated: January 2, 2008   DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, Esquire
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: January 2, 2008   LAW OFFICES OF HERMAN FRANCK


 /s/ Herman Franck, Esquire
HERMAN FRANCK
Attorneys for Defendant
YAT YAT FAT & CO., INC. dba NEW CHINA BUFFET

*Feezor v. Burger King, et al.*, Case No. SACV06-0469 ODW RNB
Stipulation to Amend the Scheduling Order

Dated: December 28, 2007   LAW OFFICES OF CHRISTOPHER SCHUMB

     /s/ Christopher Schumb, Esquire
CHRISTOPHER SCHUMB
Attorney for Defendant
CHINATOWN, LLC

### Order

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

    1.    On or before February 4, 2008 each party shall comply with the disclosure provisions set forth in FRCP 26(a)(2)(A) and (B);

    2.    On or before March 5, 2008 each party shall comply with the supplemental disclosure provisions set forth in FRCP 26(a)(2)(C).

Dated: January 4, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT