1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  HERMAN FRANCK, SBN 123476
   LAW OFFICES OF HERMAN FRANCK
   1801 7th Street, Suite 150
8  Sacramento, CA 95814
   Telephone: (916) 447-8400
9  Fax: (916) 447-0720

10 Attorney for Defendant Yat Yat Fat & Co., Inc.

11

12 CHRISTOPHER SCHUMB, SBN 116828
   LAW OFFICES OF CHRISTOPHER SCHUMB
13 10 Almaden Boulevard, Suite 1250
   San Jose, CA 95113
   Telephone: (408) 271-3245
14 Fax: (408) 289-1509

15 Attorney for Defendant Chinatown, LLC

16

17                UNITED STATES DISTRICT COURT

18                EASTERN DISTRICT OF CALIFORNIA

19 TONY MARTINEZ,                        Case No. CIV. S-06-02492-LKK-GGH

20      Plaintiff,

21 v.                                    **STIPULATION OF DISMISSAL AND ORDER THEREON**

22 YAT YAT FAT & CO., INC. dba NEW CHINA
   BUFFET; CHINATOWN, LLC,
23
        Defendants.
24                                    /

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon        *Martinez v. Yat Yat Fat & Co., Inc., et al.*
                                                              CIV. S-06-02492-LKK-GGH

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, TONY MARTINEZ, and defendants, YAT YAT FAT & CO., INC. dba NEW CHINA BUFFET and CHINATOWN, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: February 22, 2008            DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: February 19, 2008            LAW OFFICES OF HERMAN FRANCK


 /s/ Herman Franck
HERMAN FRANCK
Attorney for Defendant Yat Yat Fat & Co., Inc.

Dated: February 12, 2008            LAW OFFICES OF CHRISTOPHER SCHUMB


 /s/ Christopher Schumb
CHRISTOPHER SCHUMB
Attorney for Defendant Chinatown, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02492-LKK-GGH, is hereby dismissed with prejudice.

Dated:   February 26, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT